

# THE THIRTEENTH COURT OF APPEALS

## 13-20-00242-CV

### Ex Parte L.M.L.

On Appeal from the
28th District Court of Nueces County, Texas
Trial Court Cause No. 2019DCV-5028-A

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgment of the trial court AFFIRMED. Costs of the appeal are adjudged against appellant and it is ordered to pay all costs of the appeal from which it is not exempt by statute.

We further order this decision certified below for observance.

June 10, 2021